

**Littler Mendelson P.C.**
290 Broadhollow Road
Suite 305
Melville, NY  11747


Daniel Gomez-Sanchez
631.247.4713 direct
631.247.4700 main
dsgomez@littler.com

March 21, 2022

> Application GRANTED.  The Clerk of Court is directed to terminate ECF No. 19.
>
> SO ORDERED.
>
> *[signature]*
>
> March 22, 2022

**VIA ECF**

The Hon. Jesse M. Furman
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 1105
New York, NY 10007

Re:     <u>Helen Rosales. v. Popeyes Louisiana Kitchen, Inc., et al.</u>
         No. 1:22-cv-01150-JMF

Dear Judge Furman:

We represent Defendant Popeyes Louisiana Kitchen, Inc. ("Defendant") in the above referenced matter. We write to respectfully request an extension of time from March 21, 2022 until April 22, 2022, to answer, move or otherwise respond to Plaintiff's Complaint.

The reason for this request is that we require additional time to gather and analyze the relevant documents in connection with this matter.  Without this information and time to review it, we are unable to properly respond to the allegations in the Complaint. Plaintiff consents to this request.  This is Defendant's first request for an extension of time to respond.

The initial conference for this matter is set for May 25, 2022 (ECF Dkt. 10).  Accordingly, this request will not affect any existing deadlines.

We thank the Court for its time and consideration of this request.

Respectfully submitted,

/s/ *Daniel Gomez-Sanchez*

Daniel Gomez-Sanchez

4873-6054-9141.3 / 097891-1064

littler.com